FILED

10/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0261

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 24-0261**

| | |
|---|---|
| CHRISTOPHER SHELTON, VICKY COSTA, AND TODD COSTA, <br><br> Appellants, <br><br> v. <br><br> STATE OF MONTANA, DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, an agency of the State of Montana, SUSAN RIDGEWAY, AXILON LAW GROUP, PLLC, PAUL S. HENNING, and AARON J. DAVIES, <br><br> Appellees. | **ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

Upon the unopposed motion of Appellants, Christopher Shelton, Vicky Costa, and Todd Costa, for a two-week extension of time until November 4, 2024, for Appellants to file their reply brief in the above-entitled cause, and good cause appearing,

IT IS HEREBY ORDERED that Appellants, Christopher Shelton, Vicky Costa, and Todd Costa, have until November 4, 2024, to file their Reply Brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 22 2024